FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 MAY 24 PM 4: 19

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re:<br><br>**Ronald Briese**<br>SSN: XXX-XX-9082<br><br>Debtor(s) | Case No. 09-22892 RKM<br>Chapter 7  |
|---|---|

**NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
UNITED STATES BANKRUPTCY COURT REGISTRY**

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.　On May 20, 2010, the Court approved the trustee's final report and proposed distribution.

2.　Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

3

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 1. | Questar Gas Company | 1140 W 200 S<br>PO Box 3194<br>Salt Lake City, UT 84110 | $3.77 |
| 6. | Rocky Mountain Power | PO Box 25308<br>Salt Lake City, UT 84125 | $3.63 |

3.  These funds are on deposit in Bank of America, account number 4437514123.

4.  Checks in the amount of Three Dollars and Seventy-Seven Cents ($3.77) and Three Dollars and Sixty-Three Cents ($3.63) representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** this 20th day of May, 2010.

Woodbury & Kesler, P.C.

_/s/ Elizabeth R. Loveridge_
Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Ronald Briese
12510 S 1908 W
Riverton, UT 84065

Lewis P. Adams
9231-A S. Redwood Rd
West Jordan, UT 84088

*/s/ Renee Christensen*